# Natural Surroundings Inc
## Balance Sheet
### As of July 31, 2010

|  | Jul 31, 10 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10000 · Petty Cash - Shamorna | 434.25 |
| 10001 · Petty Cash - David | 418.82 |
| 10002 · Petty Cash - Broadway | 50.00 |
| 10004 · Broadway Change Box | 575.08 |
| 10020 · Total Cash | |
|   1020 · Surround (Citi) #1640 | |
|     10201 · RTI Payments Received | 32,641.53 |
|     1020 · Surround (Citi) #1640 - Other | -16,324.91 |
|   Total 1020 · Surround (Citi) #1640 | 16,316.62 |
|   1021 · Surround Savings (Citi) #1683 | 37,182.03 |
|   1022 · Broadway (Citi) #1667 | 7,742.84 |
|   1023 · GAB Wholesale (Citi) #1843 | 202.96 |
|   1024 · Surround (Chase) #1465 | -832.96 |
|   1027 · GAB Wholesale (Chase) #6622 | -137.00 |
| Total 10020 · Total Cash | 60,474.49 |
| **Total Checking/Savings** | 61,952.64 |
| **Other Current Assets** | |
| 1100 · Accounts Receivable | 26,407.78 |
| 1101 · Credit Card Receivables | 2,578.62 |
| 1102 · Teleflora Wire Svc Receivables | 5,329.03 |
| 1400 · Prepaid NY Disability Insurance | 28.89 |
| 1401 · Prepaid Insurance, Building | 2,070.42 |
| 1900 · Deposit Holding Account | -21,093.55 |
| 1901 · Gift Certificate Holding Acct | -270.00 |
| 1902 · Retainer - James Atkins | 6,610.00 |
| 1903 · Retainer - Gabriel Del Virginia | 15,000.00 |
| **Total Other Current Assets** | 36,661.19 |
| **Total Current Assets** | 98,613.83 |
| **TOTAL ASSETS** | **98,613.83** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 · Accounts Payable | 556,343.00 |
| **Total Accounts Payable** | 556,343.00 |
| **Credit Cards** | |
| 2101 · Amex Blue #3000 | 29,710.57 |
| 2102 · Amex Gold #2003 | 4,173.48 |
| 2103 · Amex Blue #2000 | 1,077.92 |
| 2108 · Chase Card Srvcs #7519 | 37,438.58 |
| 2110 · Chase Card Svcs #2486 | 15,474.83 |
| 2111 · Staples Credit Plan #3260 | 11,540.79 |
| **Total Credit Cards** | 99,416.17 |
| **Other Current Liabilities** | |
| 2002 · Teleflora Wire Svc Payable | 12,771.81 |
| 2004 · Direct Wire Svc Payable | 103.44 |
| 2005 · FTD Wire Svc Payable | 200.00 |
| 2200 · Teleflora Clearing - Harlem | -11,695.25 |
| 2300 · State Sales Tax Payable | 11,804.44 |
| 2301 · Back Sales Tax Payable | 17,356.97 |
| 2404 · 224 West Realty Inc | 5,354.27 |
| **Total Other Current Liabilities** | 35,895.68 |
| **Total Current Liabilities** | 691,654.85 |
| **Long Term Liabilities** | |

# Natural Surroundings Inc
## Balance Sheet
### As of July 31, 2010

|  | Jul 31, 10 |
|---|---:|
| **2500 · Steven Buckwald Loan** | 6,615.56 |
| **2502 · Dell Financial Svcs - Computers** | 3,455.49 |
| **2503 · Avaya Financial** | 4,339.74 |
| **2504 · Valley National Bank - Van** | 13,143.38 |
| **2505 · Bancorp Manifest Fundings** | 69,957.78 |
| **2506 · Bank Direct Capital (Santa)** | 3,563.84 |
| **2507 · Chase Business Credit Line** | 229,118.24 |
| **Total Long Term Liabilities** | 330,194.03 |
| **Total Liabilities** | 1,021,848.88 |
| **Equity** | |
|    3000 · Opening Balance Equity | -1,009,479.13 |
|    3200 · Retained Earnings | -65,583.81 |
|    Net Income | 151,827.89 |
| **Total Equity** | -923,235.05 |
| **TOTAL LIABILITIES & EQUITY** | 98,613.83 |