# Surroundings/5years 4payments annually

**Starting Balance (see agreement):**          **$94,009.07**

Invoices that no payments were applied to:

| Type | Date | Number | Amount | Paid | Balance |
|------|------|--------|--------|------|---------|
| Invoice | 6/30/2002 | FCJun02 | $1,022.35 | | $1,022.35 |
| Invoice | 7/22/2002 | A36871 | $810.00 | $810.00 | $0.00 |
| Invoice | 7/22/2002 | A36872 | $344.50 | $299.00 | $45.25 |
| Invoice | 7/23/2002 | A36852 | $18.00 | $18.00 | $0.00 |
| Invoice | 7/24/2002 | A36896 | $406.75 | $406.75 | $0.00 |
| Invoice | 7/24/2002 | A36901 | $37.50 | $37.50 | $0.00 |
| Invoice | 7/25/2002 | A36808 | $764.00 | $764.00 | $0.00 |
| Invoice | 7/26/2002 | A36821 | $273.00 | $273.00 | $0.00 |
| Invoice | 7/26/2002 | E24965 | $102.50 | $102.50 | $0.00 |
| Invoice | 7/29/2002 | E25095 | $918.25 | $918.25 | $0.00 |
| Invoice | 7/30/2002 | A37164 | $75.00 | $75.00 | $0.00 |
| Invoice | 7/31/2002 | A37176 | $220.25 | $220.25 | $0.00 |
| Invoice | 7/31/2002 | FCJul02 | $1,001.74 | | $1,001.74 |
| Invoice | 8/1/2002 | A34708 | $548.50 | $548.50 | $0.00 |
| Invoice | 8/1/2002 | A34709 | $407.50 | $407.50 | $0.00 |
| Invoice | 8/1/2002 | E25260 | $110.00 | $110.00 | $0.00 |
| Invoice | 8/2/2002 | A37191 | $265.00 | $265.00 | $0.00 |
| Invoice | 8/5/2002 | A37208 | $426.75 | $426.75 | $0.00 |
| Invoice | 8/6/2002 | A37220 | $516.00 | $516.00 | $0.00 |
| Invoice | 8/6/2002 | A37221 | $223.00 | $223.00 | $0.00 |
| Invoice | 8/6/2002 | E25508 | $33.00 | $33.00 | $0.00 |
| Invoice | 8/8/2002 | A37239 | $587.00 | $587.00 | $0.00 |
| Invoice | 8/9/2002 | A37251 | $399.50 | $399.50 | $0.00 |
| Invoice | 8/10/2002 | E25720 | $897.00 | $897.00 | $0.00 |
| Invoice | 8/12/2002 | A37262 | $216.50 | $216.50 | $0.00 |
| Invoice | 8/12/2002 | E25773 | $1,037.75 | | $1,037.75 |
| Invoice | 8/14/2002 | A37283 | $633.00 | $633.00 | $0.00 |
| Invoice | 8/14/2002 | A37284 | $306.50 | $306.50 | $0.00 |
| Invoice | 8/15/2002 | A37292 | $479.50 | $479.50 | $0.00 |
| Invoice | 8/15/2002 | E25937 | $1,425.50 | $1,425.50 | $0.00 |
| Invoice | 8/15/2002 | E25995 | $78.00 | $78.00 | $0.00 |
| Invoice | 8/19/2002 | A37313 | $221.25 | $221.25 | $0.00 |
| Invoice | 8/19/2002 | E26097 | $356.00 | $356.00 | $0.00 |
| Invoice | 8/20/2002 | A37324 | $122.50 | $122.50 | $0.00 |
| Invoice | 8/21/2002 | A37610 | $40.00 | $40.00 | $0.00 |
| Invoice | 8/22/2002 | A37622 | $160.00 | $160.00 | $0.00 |
| Invoice | 8/23/2002 | A37334 | $201.25 | $201.25 | $0.00 |
| Invoice | 8/24/2002 | E26375 | $494.00 | $494.00 | $0.00 |
| Invoice | 8/24/2002 | E26397 | $50.00 | $50.00 | $0.00 |
| Invoice | 8/26/2002 | A37342 | $339.00 | $339.00 | $0.00 |
| Invoice | 8/26/2002 | E26419 | $552.75 | | $552.75 |

| | | | | |
|---|---|---|---|---|
| Invoice | 8/27/2002 A37353 | $569.00 | | $569.00 |
| Invoice | 8/27/2002 A37354 | $95.00 | | $95.00 |
| Invoice | 8/28/2002 A37363 | $528.75 | | $528.75 |
| Invoice | 8/28/2002 A37364 | $62.50 | | $62.50 |
| Invoice | 8/29/2002 A37372 | $499.00 | | $499.00 |
| Invoice | 8/29/2002 E26597 | $1,097.50 | | $1,097.50 |
| Invoice | 8/29/2002 E26644 | $55.00 | | $55.00 |
| Invoice | 8/31/2002 FCAug02 | $900.70 | | $900.70 |
| Invoice | 9/3/2002 A37394 | $566.00 | $566.00 | $0.00 |
| Invoice | 9/3/2002 E26780 | $1,313.75 | $1,313.75 | $0.00 |
| Invoice | 9/4/2002 E26852 | $144.50 | $144.50 | $0.00 |
| Invoice | 9/5/2002 A37423 | $130.00 | $130.00 | $0.00 |
| Invoice | 9/6/2002 E27045 | $559.25 | $559.25 | $0.00 |
| Invoice | 9/7/2002 E27127 | $223.00 | $223.00 | $0.00 |
| Invoice | 9/9/2002 A26826 | $387.50 | $387.50 | $0.00 |
| Invoice | 9/9/2002 E27202 | $318.75 | $318.75 | $0.00 |
| Invoice | 9/9/2002 E27243 | $272.50 | $272.50 | $0.00 |
| Invoice | 9/10/2002 A37459 | $358.25 | $358.25 | $0.00 |
| Invoice | 9/10/2002 E27314 | $215.50 | $215.50 | $0.00 |
| Invoice | 9/11/2002 A36843 | $217.75 | $217.75 | $0.00 |
| Invoice | 9/11/2002 E27340 | $348.50 | $348.50 | $0.00 |
| Invoice | 9/12/2002 A36849 | $110.00 | $110.00 | $0.00 |
| Invoice | 9/13/2002 E27516 | $288.00 | $288.00 | $0.00 |
| Invoice | 9/14/2002 E27598 | $685.00 | $685.00 | $0.00 |
| Invoice | 9/16/2002 A37715 | $110.00 | $110.00 | $0.00 |
| Invoice | 9/16/2002 E27656 | $31.50 | $31.50 | $0.00 |
| Invoice | 9/18/2002 A34752 | $92.50 | $92.50 | $0.00 |
| Invoice | 9/18/2002 E27809 | $542.50 | $542.50 | $0.00 |
| Invoice | 9/19/2002 E27895 | $423.00 | $423.00 | $0.00 |
| Invoice | 9/20/2002 E28010 | $248.50 | $248.50 | $0.00 |
| Invoice | 9/21/2002 E28084 | $164.50 | $164.50 | $0.00 |
| Invoice | 9/23/2002 A37958 | $314.25 | $314.25 | $0.00 |
| Invoice | 9/24/2002 A37970 | $138.00 | $138.00 | $0.00 |
| Invoice | 9/24/2002 E28228 | $392.00 | $392.00 | $0.00 |
| Invoice | 9/25/2002 A37985 | $25.00 | $25.00 | $0.00 |
| Invoice | 9/25/2002 E28306 | $80.00 | $80.00 | $0.00 |
| Invoice | 9/26/2002 E28383 | $291.00 | $291.00 | $0.00 |
| Invoice | 9/27/2002 A37997 | $110.00 | $110.00 | $0.00 |
| Invoice | 9/27/2002 E28480 | $18.75 | $18.75 | $0.00 |
| Invoice | 9/28/2002 E28550 | $320.50 | $320.50 | $0.00 |
| Invoice | 9/28/2002 E28577 | $24.00 | $24.00 | $0.00 |
| Invoice | 9/30/2002 A37925 | $110.00 | $110.00 | $0.00 |
| Invoice | 9/30/2002 E28609 | $165.00 | $165.00 | $0.00 |
| Invoice | 9/30/2002 FCSep02 | $890.36 | | $890.36 |
| Invoice | 10/1/2002 E28682 | $45.00 | $45.00 | $0.00 |
| Invoice | 10/2/2002 E28740 | $245.50 | $245.50 | $0.00 |
| Invoice | 10/3/2002 A37952 | $110.00 | $110.00 | $0.00 |
| Invoice | 10/3/2002 E28852 | $130.00 | $130.00 | $0.00 |
| Invoice | 10/4/2002 E28933 | $268.00 | $268.00 | $0.00 |
| Invoice | 10/4/2002 E28935 | $55.00 | $55.00 | $0.00 |
| Invoice | 10/5/2002 E29010 | $85.00 | $85.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| Invoice | 10/7/2002 A43338 | $110.00 | $110.00 | $0.00 |
| Invoice | 10/7/2002 E29081 | $375.00 | $375.00 | $0.00 |
| Invoice | 10/8/2002 E29161 | $105.00 | $105.00 | $0.00 |
| Invoice | 10/9/2002 E29221 | $123.50 | $123.50 | $0.00 |
| Invoice | 10/10/2002 A43015 | $110.00 | $110.00 | $0.00 |
| Invoice | 10/10/2002 E29309 | $52.50 | $52.50 | $0.00 |
| Invoice | 10/11/2002 A43031 | $171.00 | $171.00 | $0.00 |
| Invoice | 10/11/2002 E29440 | $150.00 | $150.00 | $0.00 |
| Invoice | 10/12/2002 E29522 | $113.50 | $113.50 | $0.00 |
| Invoice | 10/14/2002 A43053 | $110.00 | $110.00 | $0.00 |
| Invoice | 10/15/2002 E29627 | $107.50 | $107.50 | $0.00 |
| Invoice | 10/16/2002 E29687 | $149.00 | $149.00 | $0.00 |
| Invoice | 10/16/2002 E29688 | $9.50 | $9.50 | $0.00 |
| Invoice | 10/18/2002 A43150 | $40.00 | $40.00 | $0.00 |
| Invoice | 10/18/2002 E29884 | $191.25 | $191.25 | $0.00 |
| Invoice | 10/21/2002 A43169 | $371.00 | $371.00 | $0.00 |
| Invoice | 10/22/2002 E30083 | $413.50 | $413.50 | $0.00 |
| Invoice | 10/23/2002 A43186 | $168.75 | $168.75 | $0.00 |
| Invoice | 10/24/2002 A43196 | $110.00 | $110.00 | $0.00 |
| Invoice | 10/24/2002 E30222 | $283.25 | $283.25 | $0.00 |
| Invoice | 10/25/2002 E30321 | $87.50 | $87.50 | $0.00 |
| Invoice | 10/26/2002 E30378 | $356.50 | $356.50 | $0.00 |
| Invoice | 10/28/2002 E30423 | $212.25 | $212.25 | $0.00 |
| Invoice | 10/29/2002 A43437 | $110.00 | $110.00 | $0.00 |
| Invoice | 10/29/2002 E30481 | $312.00 | $312.00 | $0.00 |
| Invoice | 10/30/2002 E30533 | $166.75 | $166.75 | $0.00 |
| Invoice | 10/30/2002 E30579 | $110.00 | $110.00 | $0.00 |
| Invoice | 10/31/2002 A43269 | $110.00 | $110.00 | $0.00 |
| Invoice | 10/31/2002 E30619 | $296.00 | $296.00 | $0.00 |
| Invoice | 10/31/2002 FCOct02 | $843.79 | | $843.79 |
| Invoice | 11/1/2002 E30698 | $572.25 | $572.25 | $0.00 |
| Invoice | 11/2/2002 E30769 | $761.50 | $761.50 | $0.00 |
| Invoice | 11/2/2002 E30799 | $39.00 | | $39.00 |
| Invoice | 11/2/2002 E30801 | $37.50 | | $37.50 |
| Invoice | 11/4/2002 E30819 | $43.75 | $43.75 | $0.00 |
| Invoice | 11/5/2002 A43295 | $140.00 | $140.00 | $0.00 |
| Invoice | 11/5/2002 E30884 | $350.00 | $350.00 | $0.00 |
| Invoice | 11/6/2002 A43309 | $30.00 | $30.00 | $0.00 |
| Invoice | 11/6/2002 E30931 | $268.75 | $268.75 | $0.00 |
| Invoice | 11/7/2002 A43076 | $110.00 | $110.00 | $0.00 |
| Invoice | 11/7/2002 E31012 | $543.50 | $543.50 | $0.00 |
| Invoice | 11/8/2002 E31107 | $242.50 | | $242.50 |
| Invoice | 11/8/2002 E31173 | $27.50 | | $27.50 |
| Invoice | 11/11/2002 A43102 | $110.00 | $110.00 | $0.00 |
| Invoice | 11/11/2002 E31246 | $176.25 | $176.25 | $0.00 |
| Invoice | 11/12/2002 E31297 | $90.75 | $90.75 | $0.00 |
| Invoice | 11/13/2002 E31346 | $371.75 | $371.75 | $0.00 |
| Invoice | 11/14/2002 A43476 | $110.00 | $110.00 | $0.00 |
| Invoice | 11/14/2002 E31433 | $416.25 | $416.25 | $0.00 |
| Invoice | 11/15/2002 E31516 | $314.00 | $314.00 | $0.00 |
| Invoice | 11/18/2002 A43507 | $110.00 | $110.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| Invoice | 11/18/2002 E31635 | $355.75 | $355.75 | $0.00 |
| Invoice | 11/20/2002 E31747 | $186.25 | $186.25 | $0.00 |
| Invoice | 11/21/2002 A43389 | $110.00 | $110.00 | $0.00 |
| Invoice | 11/23/2002 E31967 | $296.50 | $296.50 | $0.00 |
| Invoice | 11/25/2002 A43969 | $110.00 | $110.00 | $0.00 |
| Invoice | 11/25/2002 E32027 | $132.50 | $132.50 | $0.00 |
| Invoice | 11/26/2002 A43960 | $87.50 | $87.50 | $0.00 |
| Invoice | 11/26/2002 E32129 | $379.75 | $379.75 | $0.00 |
| Invoice | 11/27/2002 A43985 | $782.75 | $782.75 | $0.00 |
| Invoice | 11/27/2002 E32197 | $407.50 | $407.50 | $0.00 |
| Invoice | 11/29/2002 E32283 | $773.75 | $773.75 | $0.00 |
| Invoice | 11/29/2002 E32310 | $44.00 | $44.00 | $0.00 |
| Invoice | 11/30/2002 E32317 | $1,691.50 | $1,691.50 | $0.00 |
| Invoice | 11/30/2002 FCNov02 | $814.57 | | $814.57 |
| Invoice | 12/2/2002 E32374 | $439.00 | $439.00 | $0.00 |
| Invoice | 12/3/2002 A43215 | $110.00 | $110.00 | $0.00 |
| Invoice | 12/4/2002 E32533 | $66.00 | $66.00 | $0.00 |
| Invoice | 12/5/2002 E32562 | $312.75 | $312.75 | $0.00 |
| Invoice | 12/6/2002 A43249 | $252.50 | $252.50 | $0.00 |
| Invoice | 12/6/2002 A43250 | $168.00 | $168.00 | $0.00 |
| Invoice | 12/6/2002 E32674 | $152.00 | | $152.00 |
| Invoice | 12/7/2002 E32698 | $55.00 | $55.00 | $0.00 |
| Invoice | 12/9/2002 E32750 | $208.75 | $208.75 | $0.00 |
| Invoice | 12/10/2002 E32825 | $275.50 | | $275.50 |
| Invoice | 12/11/2002 E32871 | $407.75 | | $407.75 |
| Invoice | 12/11/2002 E32890 | $95.75 | | $95.75 |
| Invoice | 12/12/2002 E32969 | $156.25 | | $156.25 |
| Invoice | 12/13/2002 E33037 | $110.00 | | $110.00 |
| Invoice | 12/16/2002 A43843 | $70.00 | | $70.00 |
| Invoice | 12/17/2002 E33221 | $51.25 | | $51.25 |
| Invoice | 12/18/2002 E33256 | $137.50 | | $137.50 |
| Invoice | 12/20/2002 E33401 | $272.50 | | $272.50 |
| Invoice | 12/20/2002 E33442 | $167.00 | | $167.00 |
| Invoice | 12/23/2002 A43897 | $27.50 | | $27.50 |
| Invoice | 12/23/2002 E33530 | $130.00 | | $130.00 |
| Invoice | 12/23/2002 E33550 | $130.00 | | $130.00 |
| Invoice | 12/28/2002 E33713 | $35.00 | | $35.00 |
| Invoice | 12/30/2002 E33774 | $76.50 | | $76.50 |
| Invoice | 12/31/2002 A37831 | $127.50 | | $127.50 |
| Invoice | 12/31/2002 E33798 | $50.00 | | $50.00 |
| Invoice | 12/31/2002 FCDec02 | $805.11 | | $805.11 |
| Invoice | 1/4/2003 E33889 | $135.00 | | $135.00 |
| Invoice | 1/6/2003 E33955 | $145.00 | | $145.00 |
| Invoice | 1/9/2003 E34110 | $140.00 | | $140.00 |
| Invoice | 1/10/2003 E34146 | $184.00 | | $184.00 |
| Invoice | 1/11/2003 E34172 | $200.75 | | $200.75 |
| Invoice | 1/17/2003 E34435 | $188.50 | | $188.50 |
| Invoice | 1/20/2003 A42971 | $110.00 | | $110.00 |
| Invoice | 1/20/2003 E34534 | $47.75 | | $47.75 |
| Invoice | 1/21/2003 E34574 | $32.00 | | $32.00 |
| Invoice | 1/23/2003 E34636 | $47.50 | | $47.50 |

02/25/2010 Thu 08:15    10-14204-alg    Doc 98-1    Filed 10/01/12    Entered 10/01/12 17:34:07    Exhibit    Page 5 of 10
Dutch Flower Line    7277198    JD: #36592
invoices    Pg 6 of 10

| Invoice | 1/24/2003 E34700 | $165.00 | $165.00 |
|---------|------------------|---------|---------|
| Invoice | 1/27/2003 E34809 | $93.75 | $93.75 |
| Invoice | 1/28/2003 E34845 | $165.00 | $165.00 |
| Invoice | 1/29/2003 E34859 | $229.75 | $229.75 |
| Invoice | 1/30/2003 E34927 | $110.00 | $110.00 |
| Invoice | 1/31/2003 FCJan03 | $777.62 | $777.62 |
| | Subtotal | | $16,411.24 |
| | 2/23/09 Check not applied | | $1,019.25 |

**Balance as off December 2009**                    **$15,391.99**

**Payments Received**

| Check | 3/31/03 | 10849 | $4,794.25 |
|-------|---------|-------|-----------|
| Check | 6/30/03 ? | | $4,995.08 |
| Check | 9/30/03 | 50972 | $5,211.75 |
| Check | 12/29/03 | 51404 | $4,739.25 |
| Check | 3/31/04 | 52024 | $4,546.00 |
| Check | 6/30/04 | 52778 | $4,395.25 |
| Check | 9/30/04 | 53191 | $4,320.25 |
| Check | 12/31/04 | 53645 | $4,241.00 |
| Check | 3/31/05 | 54005 | $4,253.50 |
| Check | 6/30/05 | 54347 | $4,310.00 |
| Check | 9/30/05 | 54575 | $4,550.00 |
| Check | 12/31/05 | 54799 | $4,539.00 |
| Check | 4/4/06 | 54922 | $4,612.00 |
| Check | 8/8/06 | 55162 | $4,557.75 |
| Check | 11/15/06 | 55483 | $4,754.00 |
| Check | 12/26/07 | 56044 | $4,250.00 |
| Check | 6/4/08 | 19527 | $3,531.75 |
| Check | 12/23/08 | 56374 | $997.00 |
| Check | 2/23/09 | | $1,019.25 |

| Starting Balance | Jan-03 | | $94,009.07 |

remarks

check 54005

check 54005
check 54005
check 54005
check 54005
check 54005
check 54005
check 54005
check 54347
check 54347

check 54005
check 54347
check 54005
check 54005
check 54347
check 54347
check 54347
check 54347
check 54347
check 54347
check 54347
check 54347

check 54575
check 54347
check 54575
check 54575
check 54575
check 54575
check 54575
check 54575
check 54575
check 54575
check 54575
check 54575
check 54799
check 54575

check 54799
check 54799
check 54799
check 54799
check 54799
check 54799
check 54799
check 54799
check 54799
check 54799
check 54799
check 54922
check 54922
check 54922
check 54922
check 54922
check 54922
check 54922
check 54922
check 54922
check 54922
check 54922
check 54922
check 54922
check 54922
check 54922
check 54922
check 54922
check 54922
check 54922
check 55162
check 55162
check 55162
check 55162
check 55162

check 55162
check 55162
check 55162
check 55162
check 55162
check 55162
check 55162

02/25/2010 Thu 08:15    10-14204-alg    Doc 98-1    Filed 10/01/12    Entered 10/01/12 17:34:07    Exhibit    Page 8 of 10
Dutch Flower Line    7277199    ID: #36592
invoices    Pg 9 of 10

```
check 55162
check 55162
check 55162
check 55162
check 55162
check 55162
check 55162
check 55162
check 55162
check 55162
check 55162
check 55162
check 55162
check 55162
check 55162
check 55162
check 55162
check 55162
check 55162
check 55483
check 55483
check 55483
check 55483
check 55483
check 55483
check 55483
check 55483
check 55483
check 55483

check 55483
check 55483


check 55483
check 55483
check 55483
check 55483
check 55483
check 56044
check 55483


check 56044
check 56044
check 56044
check 56044
check 56044
check 56044
check 56044
check 56044
```

check 56044
check 56044
check 56044
check 56044
check 56044
check 56044
check 56044
check 56044
check 56044
check 19527
check 19527
check 19527
check 19527

check 19527
check 19527
check 19527
check 56374
check 56374
check 56374

check 56374
check 56374