02/25/10
Accrual Basis

## Dutch Flower Line, Inc.
## Customer Open Balance
### All Transactions

**Surroundings**

| Type | Date | Num | Memo | Due Date |
|---|---|---|---|---|
| Credit Memo | 10/12/2007 | CR2034 | | 10/12/2007 |
| Invoice | 04/14/2008 | E117772 | | 05/14/2008 |
| Invoice | 04/15/2008 | E117834 | | 05/15/2008 |
| Invoice | 04/15/2008 | E117835 | | 05/15/2008 |
| Invoice | 04/16/2008 | E117903 | | 05/16/2008 |
| Invoice | 04/18/2008 | E117967 | | 05/18/2008 |
| Invoice | 04/18/2008 | E117970 | | 05/18/2008 |
| Invoice | 04/19/2008 | E118068 | | 05/19/2008 |
| Invoice | 04/23/2008 | E118190 | | 05/23/2008 |
| Invoice | 04/29/2008 | E118461 | | 05/29/2008 |
| Invoice | 04/30/2008 | FC 2786 | Finance Charge | 04/30/2008 |
| Invoice | 05/01/2008 | E118552 | | 05/31/2008 |
| Invoice | 05/31/2008 | FC 2825 | Finance Charge | 05/31/2008 |
| Invoice | 06/26/2008 | E121279 | | 07/26/2008 |
| Invoice | 06/30/2008 | FC 2859 | Finance Charge | 06/30/2008 |
| Invoice | 07/31/2008 | FC 2892 | Finance Charge | 07/31/2008 |
| Invoice | 08/31/2008 | FC 2926 | Finance Charge | 08/31/2008 |
| Invoice | 09/30/2008 | FC 2960 | Finance Charge | 09/30/2008 |
| Invoice | 10/31/2008 | FC 2996 | Finance Charge | 10/31/2008 |
| Invoice | 11/30/2008 | FC 3032 | Finance Charge | 11/30/2008 |
| Invoice | 12/31/2008 | FC 3066 | Finance Charge | 12/31/2008 |
| Invoice | 01/31/2009 | FC 3105 | Finance Charge | 01/31/2009 |
| Invoice | 02/28/2009 | FC 3138 | Finance Charge | 02/28/2009 |
| Invoice | 03/31/2009 | FC 3173 | Finance Charge | 03/31/2009 |
| Invoice | 04/30/2009 | FC 3209 | Finance Charge | 04/30/2009 |
| Invoice | 05/31/2009 | FC 3243 | Finance Charge | 05/31/2009 |
| Invoice | 06/30/2009 | FC 3275 | Finance Charge | 06/30/2009 |
| Invoice | 07/31/2009 | FC 3307 | Finance Charge | 07/31/2009 |
| Invoice | 08/31/2009 | FC 3350 | Finance Charge | 08/31/2009 |
| Invoice | 09/30/2009 | FC 3385 | Finance Charge | 09/30/2009 |
| Invoice | 10/31/2009 | FC 3422 | Finance Charge | 10/31/2009 |
| Invoice | 11/30/2009 | FC 3458 | Finance Charge | 11/30/2009 |
| Invoice | 12/31/2009 | FC 3487 | Finance Charge | 12/31/2009 |

Total Surroundings

**TOTAL**

02/25/2010 Thu 09:22
8:01 PM
10-14204-alg    Doc 98-2    Filed 10/01/12    Entered 10/01/12 17:34:07    Exhibit
Dutch Flower Line   7277198
Dutch Flower Line, Inc.
Invoices    Pg 3 of 4
ID: #36593   Page 2 of 2
02/25/10
Accrual Basis

## Customer Open Balance
### All Transactions

|  | Open Balance | Amount |
|---|---:|---:|
| Surroundings | | |
|  | -275.75 | -346.50 |
|  | 45.30 | 220.00 |
|  | 50.00 | 50.00 |
|  | 37.50 | 37.50 |
|  | 43.75 | 43.75 |
|  | 67.50 | 67.50 |
|  | 105.50 | 105.50 |
|  | 135.00 | 135.00 |
|  | 172.25 | 172.25 |
|  | 27.50 | 27.50 |
|  | 53.08 | 53.08 |
|  | 110.00 | 110.00 |
|  | 68.29 | 68.29 |
|  | 550.00 | 550.00 |
|  | 63.89 | 63.89 |
|  | 66.03 | 66.03 |
|  | 74.44 | 74.44 |
|  | 72.03 | 72.03 |
|  | 74.44 | 74.44 |
|  | 72.03 | 72.03 |
|  | 74.44 | 74.44 |
|  | 74.44 | 74.44 |
|  | 67.22 | 67.22 |
|  | 74.44 | 74.44 |
|  | 72.03 | 72.03 |
|  | 49.99 | 49.99 |
|  | 33.99 | 33.99 |
|  | 20.53 | 20.53 |
|  | 20.53 | 20.53 |
|  | 19.90 | 19.90 |
|  | 20.53 | 20.53 |
|  | 19.90 | 19.90 |
|  | 20.53 | 20.53 |
| Total Surroundings | 2,181.25 | 2,285.20 |
| **TOTAL** | **2,181.25** | **2,285.20** |

12:33 PM
02/24/10
Accrual Basis

# Dutch Flower Line, Inc.
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | Open Balance |
|---|---|---|---|---|---|
| **Surroundings** | | | | | |
| Credit Memo | 10/12/2007 | CR2034 | | 10/12/2007 | -275.75 |
| Invoice | 4/14/2008 | E117772 | | 5/14/2008 | 45.30 |
| Invoice | 4/15/2008 | E117834 | | 5/15/2008 | 50.00 |
| Invoice | 4/15/2008 | E117835 | | 5/15/2008 | 37.50 |
| Invoice | 4/16/2008 | E117903 | | 5/16/2008 | 43.75 |
| Invoice | 4/18/2008 | E117967 | | 5/18/2008 | 67.50 |
| Invoice | 4/18/2008 | E117970 | | 5/18/2008 | 105.50 |
| Invoice | 4/19/2008 | E118068 | | 5/19/2008 | 135.00 |
| Invoice | 4/23/2008 | E118190 | | 5/23/2008 | 172.25 |
| Invoice | 4/29/2008 | E118461 | | 5/29/2008 | 27.50 |
| Invoice | 4/30/2008 | FC 2786 | Finance Charge | 4/30/2008 | 53.08 |
| Invoice | 5/1/2008 | E118552 | | 5/31/2008 | 110.00 |
| Invoice | 5/31/2008 | FC 2825 | Finance Charge | 5/31/2008 | 68.29 |
| Invoice | 6/26/2008 | E121279 | | 7/26/2008 | 550.00 |
| Invoice | 6/30/2008 | FC 2859 | Finance Charge | 6/30/2008 | 63.89 |
| Invoice | 7/31/2008 | FC 2892 | Finance Charge | 7/31/2008 | 66.03 |
| Invoice | 8/31/2008 | FC 2926 | Finance Charge | 8/31/2008 | 74.44 |
| Invoice | 9/30/2008 | FC 2960 | Finance Charge | 9/30/2008 | 72.03 |
| Invoice | 10/31/2008 | FC 2996 | Finance Charge | 10/31/2008 | 74.44 |
| Invoice | 11/30/2008 | FC 3032 | Finance Charge | 11/30/2008 | 72.03 |
| Invoice | 12/31/2008 | FC 3066 | Finance Charge | 12/31/2008 | 74.44 |
| Invoice | 1/31/2009 | FC 3105 | Finance Charge | 1/31/2009 | 74.44 |
| Invoice | 2/28/2009 | FC 3138 | Finance Charge | 2/28/2009 | 67.22 |
| Invoice | 3/31/2009 | FC 3173 | Finance Charge | 3/31/2009 | 74.44 |
| Invoice | 4/30/2009 | FC 3209 | Finance Charge | 4/30/2009 | 72.03 |
| Invoice | 5/31/2009 | FC 3243 | Finance Charge | 5/31/2009 | 49.99 |
| Invoice | 6/30/2009 | FC 3275 | Finance Charge | 6/30/2009 | 33.99 |
| Invoice | 7/31/2009 | FC 3307 | Finance Charge | 7/31/2009 | 20.53 |
| Invoice | 8/31/2009 | FC 3350 | Finance Charge | 8/31/2009 | 20.53 |
| Invoice | 9/30/2009 | FC 3385 | Finance Charge | 9/30/2009 | 19.90 |
| Invoice | 10/31/2009 | FC 3422 | Finance Charge | 10/31/2009 | 20.53 |
| Invoice | 11/30/2009 | FC 3458 | Finance Charge | 11/30/2009 | 19.90 |
| Invoice | 12/31/2009 | FC 3487 | Finance Charge | 12/31/2009 | 20.53 |
| **Total Surroundings** | | | | | **2,181.25** |
| **TOTAL** | | | | | **2,181.25** |